UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANDRZEJ TOCZEK, et al., <br><br>   Plaintiffs, <br><br> v. <br><br> MARK R. NEWCOMER, et al,, <br><br>   Defendants. <br><br>   And <br><br> PAYSIGN, INC., <br><br>   Nominal Defendant. | Case No.2:20-CV-1722 JCM (NJK) <br><br> ORDER |

The presiding district judges have agreed that there is good cause to reassign 2:20-cv-01722-JCM-NJK to Judge Richard F. Boulware, II under LR 42-1.  Reassignment will promote judicial efficiency and does not result in prejudice to the parties.

. . .

. . .

. . .

. . .

. . .

. . .

. .

IT IS THEREFORE ORDERED that Case No. 2:20-cv-01722-JCM-NJK is reassigned to Judge Boulware. The clerk of court is instructed to update Case No. 2:20-cv-01722-JCM-NJK to appear as 2:20-cv-01722-RFB-NJK.

DATED March 4, 2025.

_____
HON. JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

_____
HON. RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE